USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JAVIER TALANGO,                                               :
                                                             :
                                        Petitioner,          :
                                                             :          15-CV-2477 (VEC)
                -against-                                     :
                                                             :          ORDER
CHRISTOPHER SHANAHAN, in his official                        :
capacity as New York Field Office Director for               :
U.S. Immigration and Customs Enforcement;                    :
DIANE McCONNELL, in her official capacity as                 :
Assistant Field Office Director of U.S. Immigration          :
and Customs Enforcement; SARAH SALDAÑA,                      :
in her official capacity as Principal Deputy                 :
Assistant Director of U.S. Immigration and                   :
Customs Enforcement; JEH JOHNSON, in his                     :
official capacity as Secretary of the U.S.                   :
Department of Homeland Security; ERIC                        :
HOLDER, JR., in his official capacity as the                 :
Attorney General of the United States; and the U.S.          :
DEPARTMENT OF HOMELAND SECURITY,                             :
                                                             :
                                        Respondents.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on May 20, 2015, the Court granted Petitioner's habeas petition and ordered

the Government to provide Petitioner with a bond hearing (Dkt. 14);

        WHEREAS on July 17, 2015, the Government filed a notice of appeal from the Court's

order (Dkt. 16);

        WHEREAS the Court of Appeals for the Second Circuit has issued a mandate vacating

and remanding this case for further consideration in light of the Supreme Court's decisions in

*Nielsen v. Preap*, 139 S. Ct. 954 (2019) and *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018) (Dkt.

17);

WHEREAS on June 3, 2015, Petitioner received a bond hearing before an Immigration Judge, and was denied bond (Dkt. 15);

IT IS HEREBY ORDERED that this case is DISMISSED.  The Clerk is directed that this case is to remain closed.


**SO ORDERED.**

**Date:  April 30, 2020**
**      New York, New York**                    **VALERIE CAPRONI**
                                                **United States District Judge**